IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ROBERT A. MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-00298-RWS |
| ) | |
| COLBY VANDERBURG, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM**

Attached is Summons prepared for service on defendant Colby Vanderburg.

/s/ Al W. Johnson
Al W. Johnson Bar Number 31485MO
Law Offices of Al W. Johnson
112 South Hanley Road, Suite 200
St. Louis, Missouri 63105
Telephone: (314) 726-6489
Fax: (314) 726-2821
E-mail: ajohnson@awj-law.com